Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−24853−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Miguel A Perez | Nereida A Rodriguez |
| 296 Ridgeley Street | 296 Ridgeley Street |
| Perth Amboy, NJ 08861 | Perth Amboy, NJ 08861 |

Social Security No.:
  xxx−xx−7672                                                      xxx−xx−7842

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on January 13, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 26 − 24
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 24). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/13/2017. (dmi)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 13, 2017
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24853-KCF
Miguel A Perez                                                      Chapter 13
Nereida A Rodriguez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1         Date Rcvd: Jan 13, 2017
                       Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
lm          +Caliber Home Loans, Inc.,    296 Ridgeley Street,    Perth Amboy, NJ 08861-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
      Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Albert    Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
       PARTICIPATION TRUST nj.bkecf@fedphe.com
      Paul H. Young    on behalf of Debtor Miguel A Perez ykassoc@gmail.com,
       lesliebrown.paralegal@gmail.com
      Paul H. Young    on behalf of Joint Debtor Nereida A Rodriguez ykassoc@gmail.com,
       lesliebrown.paralegal@gmail.com
      R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
      Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A.  AS TRUSTEE FOR LSF9 MASTER
       PARTICIPATION TRUST skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                                                             TOTAL: 8