Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−24853−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Miguel A Perez                               Nereida A Rodriguez
   296 Ridgeley Street                       296 Ridgeley Street
   Perth Amboy, NJ 08861                Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−7672                                 xxx−xx−7842

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on April 25, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 25, 2017
JAN: ckk

                                                           Jeanne Naughton
                                                           Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 16-24853-KCF
Miguel A Perez                                                Chapter 13
Nereida A Rodriguez
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1                  Date Rcvd: Apr 25, 2017
                              Form ID: 148               Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db/jdb         +Miguel A Perez,    Nereida A Rodriguez,    296 Ridgeley Street,    Perth Amboy, NJ 08861-3220
lm             +Caliber Home Loans, Inc.,   296 Ridgeley Street,    Perth Amboy, NJ 08861-3220
cr             +U.S. BANK TRUST, N.A.   AS TRUSTEE FOR LSF9 MASTER,    c/o Caliber Home Loans, Inc.,
                 SPOC Department,   3701 Regent Blvd.,    Irving, TX 75063-2312
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
516535775      +U.S. Bank Trust, N.A., et al.,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 25 2017 22:26:13     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 25 2017 22:26:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516320429      +EDI: CHASE.COM Apr 25 2017 22:03:00      Chase,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
516320430      +EDI: CHASE.COM Apr 25 2017 22:03:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
516320432       E-mail/Text: camanagement@mtb.com Apr 25 2017 22:26:01     M & T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14240
516320431       E-mail/Text: camanagement@mtb.com Apr 25 2017 22:26:01     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Paul H. Young    on behalf of Debtor Miguel A Perez ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
              Paul H. Young    on behalf of Joint Debtor Nereida A Rodriguez ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
              R. A. Lebron    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Steven P. Kelly    on behalf of Creditor   U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                               TOTAL: 8
```