| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Miguel A Perez<br>Nereida A Rodriguez |

Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-24853 / KCF

Hearing Date: April 12, 2017

Judge:  Kathryn C. Ferguson

# ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 25, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel A Perez  
Nereida A Rodriguez  
        Debtors

Case No. 16-24853-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 25, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.  
db/jdb        +Miguel A Perez,    Nereida A Rodriguez,    296 Ridgeley Street,    Perth Amboy, NJ 08861-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:  
       Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo     docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Nicholas V. Rogers     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       Paul H. Young     on behalf of Debtor Miguel A Perez ykassoc@gmail.com, lesliebrown.paralegal@gmail.com  
       Paul H. Young     on behalf of Joint Debtor Nereida A Rodriguez ykassoc@gmail.com, lesliebrown.paralegal@gmail.com  
       R. A. Lebron     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
       Steven P. Kelly     on behalf of Creditor    U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                                                                             TOTAL: 8