Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−24853−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Miguel A Perez | Nereida A Rodriguez |
| 296 Ridgeley Street | 296 Ridgeley Street |
| Perth Amboy, NJ 08861 | Perth Amboy, NJ 08861 |

Social Security No.:
  xxx−xx−7672                                               xxx−xx−7842

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 2, 2018                       Kathryn C. Ferguson
                                                Judge, United States Bankruptcy Court